1 | **Chad Schatz 027212**
  | **PHILLIPS & ASSOCIATES**
2 | 20 East Thomas Road, Suite 2600
  | Phoenix, AZ 85012
3 | Phone: (602) 258-8900
  | Fax: (602) 264-7892
4 | Email: robertt@phillipslaw.ws
  | Attorneys for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 Proceedings |
|---|---|
| Elliot Montijo, and<br>Tracy L. Montijo, | Case No: 4:10-bk-34274-JMM |
| Debtor(s). | NOTICE OF LIMITED APPEARANCE |
| | Meeting of Creditors 12/10/2010 at 10:30AM<br>Cochise Collage<br>901 N. Colombo, Rm 704<br>Sierra Vista, AZ |

NOTICE is hereby given that Floyd Bybee will be appearing for the attorney of record in this case. The appearance will be for the sole purpose of preserving Debtors testimony at the §341 Meeting of Creditors, scheduled for December 10, 2010 at 10:30AM, in Sierra Vista, Arizona.

RESPECTFULLY SUBMITTED this 9th day of December, 2010.

Dated: December 9, 2010           PHILLIPS & ASSOCIATES


By:   /s/ CS 027212
        Chad Schatz
        20 East Thomas Road, Suite 2600
        Phoenix, AZ 85012

1 | Copy of the foregoing electronically mailed _____, 2009 to:

2 | Stanley J. Kartchner
Trustee
3 | 7090 N. Oracle
Ste 178-204
4 | Tuscon, AZ 85704

5 | United States Trustee
230 N. 1st Ave. Ste. 204
6 | Phoenix, AZ 85003-1725
USTPRegion14.PX.ECF@USDOJ.GOV

7

By:  /s/ AG
8 |     Adrienne Goga, Legal Assistant